THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Damond D. Hardy, Appellant.
 
 
 

Appeal From Lexington County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-458
 Submitted August 1, 2008  Filed August 7,
2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Donald V. Myers,
 of Lexington, for Respondent.
 
 
 

PER CURIAM:  Damond D. Hardy appeals his guilty plea to accessory
 after the fact and sentence of fifteen years.  Hardy argues the trial court
 erred by sentencing him to the maximum allowed sentence and failing to consider
 his cooperation during the trial of a co-defendant.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hardys appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.